UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20901-CV-Ungaro/Simonton

AMERICAN UNIVERSITY OF THE
CARIBBEAN, N.V.,

    Plaintiff,

v.

ST. GEORGE'S UNIVERSITY SCHOOL
OF MEDICINE, LTD., ST. GEORGE'S
UNIVERSITY SCHOOL OF MEDICINE, INC.,
UNIVERSITY SERVICES, LTD., and
CHARLES R. MODICA,

    Defendants.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE A JOINT STATUS REPORT

Plaintiff, AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., a Netherlands Antilles company ("AUC N.V"), moves for an enlargement of time to submit a Joint Planning and Scheduling Report and Proposed Scheduling Order ("Joint Scheduling Report and Order") and in support thereof, states:

1. This action was filed on March 15, 2011.

2. The defendants in this case are located in different cities and states, including one outside the United States.

3. AUC N.V. has been attempting service on all defendants, but only one has been served as of the date of this motion, last Wednesday, April 27, 2011.

4. We note that we missed the deadline to file the Joint Scheduling Report and Order by several days due to inadvertence. Given that only one defendant has been served thus far, we do not believe that any parties have been prejudiced and we ask the Court's indulgence in granting this extension.

5. We understand that Proskauer Rose, LLP will be representing the defendants, though no formal appearance has been entered. We have also sent a copy of the March 25 Order to counsel at Proskauer.

WHEREFORE, we respectfully request a 30 day extension to complete service and confer with opposing counsel, in order to submit a Joint Planning and Scheduling Report and Proposed Scheduling Order.

Dated: May 2nd, 2011

          Respectfully submitted,

          ABALLI, MILNE, KALIL, P.A.
          Counsel for the American University
          of the Caribbean, N.V.
          2250 SunTrust International Center
          One Southeast Third Avenue
          Miami, Florida 33131
          Telephone: (305) 373-6600
          Facsimile: (305) 373-7929

          s/ Hendrik G. Milne
          Hendrik G. Milne, Esq.
          Florida Bar No. 335886
          Anna A. Mance, Esq.
          Florida Bar No. 62811

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct courtesy copy of the foregoing has been served via U.S. Mail on Matthew Triggs, Esq., Proskauer Rose, LLP, One Boca Place, 2255 Glades Road, Suite 241 Atrium, Boca Raton, FL 33431-7360 this 2nd day of May 2011.

          s/ Hendrik G. Milne
          Hendrik G. Milne, Esq.