UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20901-CV-Ungaro/Simonton

AMERICAN UNIVERSITY OF THE
CARIBBEAN, N.V.,

    Plaintiff,

v.

ST. GEORGE'S UNIVERSITY SCHOOL
OF MEDICINE, LTD., ST. GEORGE'S
UNIVERSITY SCHOOL OF MEDICINE, INC.,
UNIVERSITY SERVICES, LTD., and
CHARLES R. MODICA,

    Defendants.
_____/

**ORDER GRANTING EXTENSION OF TIME TO FILE A
JOINT PLANNING AND SCHEDULING REPORT AND RESCHEDULING
INITIAL PLANNING AND SCHEDULING CONFERENCE**

THIS CAUSE is before the Court upon American University of the Caribbean, N.V.'s ("AUC N.V.") Motion for Extension of Time to File Joint Planning Report and Rescheduling Initial Planning and Scheduling Conference. Having reviewed the Motion and being fully advised, it is:

**ORDERED AND ADJUDGED** that

1.    Parties shall file a Joint Planning and Scheduling Report with a Proposed Scheduling Order by June 24, 2011; and

2.    The Initial Planning and Scheduling Conference previously scheduled for Friday, May 13, 2011 has been rescheduled for Friday, July 1, 2011.

**DONE AND ORDERED** this 6 day of May, 2011, at Miami, Florida.

                                                    _/s/ Ursula Ungaro_
                                                    HON. URSULA UNGARO
                                                    UNITED STATES DISTRICT JUDGE

cc:    All counsel of record