UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:11-cv-20901-UU

AMERICAN UNIVERSITY OF THE
CARIBBEAN, N.V.,

        Plaintiff,

v.

ST. GEORGE'S UNIVERSITY SCHOOL
OF MEDICINE, LTD., ST. GEORGE'S
UNIVERSITY SCHOOL OF MEDICINE,
INC., UNIVERSITY SERVICES, LTD., and
CHARLES R. MODICA,

        Defendants.

## ORDER GRANTING MOTION FOR COMBINED BRIEFING

THIS CAUSE having come before the Court on the Motion for Combined Briefing (the "Motion"), filed by Defendants Charles R. Modica, St. George's University School of Medicine, Inc., and Saint George's University Limited, and the Court being advised that Plaintiff's counsel has no objection to the relief sought therein, and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that the Motion [D.E. 11] is hereby GRANTED. The Moving Defendants may file a combined memorandum in support of their responsive motions, not to exceed 50 pages and to be filed by May 27, 2011.

DONE and ORDERED in Chambers in Miami, Florida, this 23 day of May, 2011.

                                        URSULA UNGARO
                                        UNITED STATES DISTRICT JUDGE

Copies provided to counsel of record.