UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:11-cv-20901-UU

AMERICAN UNIVERSITY OF THE
CARIBBEAN, N.V.,

          Plaintiff,

   v.

ST. GEORGE'S UNIVERSITY SCHOOL
OF MEDICINE, LTD., ST. GEORGE'S
UNIVERSITY SCHOOL OF MEDICINE,
INC., UNIVERSITY SERVICES, LTD., and
CHARLES R. MODICA,

          Defendants.

**MOTION FOR HEARING ON DEFENDANTS' MOTION
TO DISMISS THE COMPLAINT OR TRANSFER VENUE**

Defendants Saint George's University Limited (sued erroneously herein as St. George's University School of Medicine, Ltd.) ("SGU Grenada"), St. George's University School of Medicine, Inc. ("SGF") and Charles R. Modica, pursuant to Local Rule 7.1(b)(1), hereby request a hearing for the purpose of oral argument on Defendants' Motion to Dismiss the Complaint or Transfer Venue.  In support thereof, Defendants state as follows:

1.      This Motion for Hearing is being filed contemporaneously with the Defendants' Motion to Dismiss the Complaint or Transfer Venue.

2.      Given the multiple counts, defenses, venue and jurisdictional matters, as well as some of the background, including prior litigation that has been referenced by the parties, Defendants respectfully submit that the presence of counsel at a hearing would prove helpful to the Court to streamline the issues and answer any questions.

3.      Defendants request that the Court allocate approximately 40 minutes (20 minutes for each side) for oral argument.

4.      Pursuant to Local Rule 7.1(a)(3)(A), the undersigned counsel hereby certifies that he has conferred in good faith with Plaintiff's counsel and is authorized to represent that Plaintiff's counsel does not object to the relief requested herein

WHEREFORE, Defendants respectfully request that the Court enter an Order scheduling a hearing for the purpose of oral argument on Defendants' Motion to Dismiss the Complaint or Transfer Venue.

Dated:  May 27, 2011                                  Respectfully submitted,

                                                                       PROSKAUER ROSE LLP
                                                                       *Attorneys for Defendants*

                                                                       One Boca Place, Suite 421 Atrium
                                                                       2255 Glades Road
                                                                       Boca Raton, Florida 33431
                                                                       Telephone:  (561) 241-7400
                                                                       Facsimile:   (561) 241-7145

                                                                       s/ Jonathan Galler
                                                                       Matthew Triggs
                                                                       Florida Bar No. 0865745
                                                                       mtriggs@proskauer.com
                                                                       Jonathan Galler
                                                                       Florida Bar No. 0037489
                                                                       jgaller@proskauer.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing document to be electrically filed with the Clerk of the Court using CM/ECF on May 27, 2011. I also certify that the foregoing document is being served this day on counsel of record for identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

s/ Jonathan Galler
Jonathan Galler

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:11-cv-20901-UU
*American Univ. of the Caribbean, N.V.*
*v.*
*St. George's University School of Medicine, Ltd., et al.*

**SERVICE LIST**

Hendrik G. Milne, Esq.
hmilne@aballi.com
Anna Aurelia Mance, Esq.
amance@aballi.com
ABALLI, MILNE, KALIL, P.A.
*Counsel for Plaintiff*
2250 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305) 373-6600
Fax: (305) 373-7929
Via CM/ECF